UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:07CR209-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **FINAL ORDER AND JUDGMENT** |
| ) | **CONFIRMING FORFEITURE** |
| MATTHEW BOYD LISENCO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On December 8, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. §853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty on Count One in the Bill of Information. As to that Count, Defendant was charged with violations of 18 U.S.C. §§ 2252(a)(1) and 2252(b)(1).

On December 12, 2008 through January 10, 2009, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from December 12, 2008 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**One Compaq Presario computer, serial number 2H09009WIDH,**

**One Sony VAIO computer, serial number 2844000202010441, and**

**Computer floppy discs and CDs containing child pornography, seized on October 11, 2006 in Charlotte, NC.**

Signed: February 13, 2009

Frank D. Whitney
United States District Judge